**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

BRENDA DIAS DA ROCHA MELLO,

vs. CASE NO. 3:26-cv-2805-JEP-LLL

TODD BLANCHE, ACTING SECRETARY MARKWAYNE MULLIN, *in his official Capacity as Secretary of U.S. Department of Homeland Security*, DIRECTOR JOSEPH B. EDLOW, *in his official capacity as Director of U.S. Citizenship and Immigration Services,* LINDA SWACINA, EILEEN LOPEZ-TOME, and U.S. CITIZENSHIP AND IMMIGRATION SERVICES.

---

**ORDER OF REFERENCE**

This case is hereby referred to the assigned Magistrate Judge for case management, ruling on all non-dispositive motions, and the issuance of Report and Recommendations on any dispositive motions.

**ORDERED:**

**DONE AND ORDERED** in Jacksonville, Florida this 27th day of October, 2026.

JORDAN E. PRATT
UNITED STATES DISTRICT JUDGE

tl
Copies:
Counsel of Record